# de Luca | Levine
SUBROGATION ATTORNEYS

**Joseph L. McGlynn**
*Direct:* 215.310.4731
*Cell:* 267.455.5119
jmcglynn@delucalevine.com

July 15, 2025

U.S. District Court for the Southern District of New York
The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601
**Via the court's electronic filing system**

> Re: **Amguard Insurance Company v Portillo's Restaurant Inc. d/b/a Peppe's Pizzeria and Restaurant**
> **Civil Docket No.: 7:24-cv-05994**

Dear Judge Karas:

The parties have reached a settlement in the above case. The parties respectfully request the cancellation of the Status Conference currently scheduled for July 21, 2025 at 11:00 a.m. Once settlement proceeds have been received, Plaintiff will file a Stipulation of Dismissal.

Thank you very much for your consideration.

**Very truly yours,**

de LUCA LEVINE LLC

*[signature]*

**JOSEPH L. MCGLYNN**

JLM
cc: all counsel of record via electronic filing

*Granted.*

**SO ORDERED**

*[signature]*

HON. KENNETH M. KARAS U.S.D.J.
7/16/2025